IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01313-REB-MEH

RONALD JOHNSON,

    Plaintiff,

v.

THE EXECUTIVE DIRECTOR OF THE C.D.O.C.,
KEVIN MILYARD,
TERRY BARTRUFF,
LLOYD WAIDE,
JEFF REVORD,
RAYMOND HIGGINS,
GARY LITTLE,
ROBERT KEISEL,
SHAWN REWOLDT,
ASSOCIATE WARDEN CAROL SOARES,
MAJOR KENNETH WILDENSTEIN, and
MAJOR MARY COX-BERGMAN, all of the above-named defendants are sued in both tieir individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2009.**

    Defendants' Motion to Vacate Preliminary Scheduling Conference [filed September 8, 2009; docket #19] is **granted**. The Preliminary Scheduling Conference set for September 15, 2009, at 9:30 a.m. is hereby **vacated**. The parties shall submit a status report within **three business days** of a ruling on the pending consolidation issue.